KTF:BG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT |
| - against - | |
| TYRONE WASHINGTON, | (18 U.S.C. § 922(g)(1) and 3551 et seq.) |
| Defendant. | 25 MJ 311 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EASTERN DISTRICT OF NEW YORK, SS:

STEVEN SCHILIRO, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about October 28, 2025, within the Eastern District of New York and elsewhere, the defendant TYRONE WASHINGTON, knowing that he had been previously convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting interstate or foreign commerce a firearm and ammunition, to wit: a loaded black 9mm Taurus USA firearm with serial number TMU95925; a PT 111 Pro Cal 9mm magazine; three AAC 9mm cartridges; one G.F.L 9mm cartridge; six Nosler 9mm cartridges; and seven Blazer .45mm cartridges

(Title 18, United States Code, Sections 922(g)(1) and 3551 et seq.)

The source of your deponent's information and the grounds for his/her belief are as follows:[1]

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2009. I am currently assigned to the C-30 squad, where I participate in the investigations of violent crime, narcotics trafficking, firearms possession and other related offenses. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history records; and from reports of other law enforcement officers involved in the investigation. Where I describe the statements of others, I am doing so only in sum and substance and in part.

2. On October 28, 2025, New York City Police Department ("NYPD") officers responded to a report of a family dispute with a firearm at 425 Barbey Street, Brooklyn, New York (the "Premises").

3. Upon entering the Premises, the complainant identified the perpetrator, the defendant TYRONE WASHINGTON. The complainant informed the NYPD officers that WASHINGTON is her uncle, and when the complainant and WASHINGTON got into a dispute, WASHINGTON brandished a firearm at the complainant, while her two-year child was present.

4. The Premises is owned by the mother of the complainant, who is the sister of the defendant TYRONE WASHINGTON. She consented to a search of the Premises. Upon search of a hallway closet, an NYPD officer discovered a backpack on the top shelf containing a loaded black 9mm Taurus USA firearm with serial number TMU95925 (the "Firearm"); a PT 111 Pro Cal 9mm magazine; three AAC 9mm cartridges; one G.F.L 9mm cartridge; six Nosler 9mm

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

cartridges; and seven Blazer .45mm cartridges. The backpack also contained twenty glassine envelopes containing narcotics, cut material and drug paraphernalia

5. The complainant stated that the hallway closet where the Firearm was recovered was TYRONE WASHINGTON's closet.

6. The complainant believed the Firearm was the gun with which the defendant TYRONE WASHINGTON menaced her. The appearance of the Firearm was consistent with the complainant's prior descriptions to law enforcement of the Firearm.

7. I have reviewed the defendant TYRONE WASHINGTON's criminal history and have determined that he has at least one felony conviction in New York State. On or about May 16, 1987, WASHINGTON was convicted in Kings County Supreme Court, after a guilty plea, of Attempted Robbery in the Second Degree, in violation of N.Y.P.L. § 160.10, a Class C Felony, for which he was sentenced to a term of one to three years. He was incarcerated on July 2, 1987, and released from custody on November 15, 1988. The defendant is currently on probation for a Delaware felony conviction, for which he was released from prison on January 7, 2024.

4

WHEREFORE, your deponent respectfully requests that the defendant TYRONE WASHINGTON, be dealt with according to law.

_____
STEVEN SCHILIRO
Special Agent, Federal Bureau of Investigation

Sworn to before me this
29 day of October, 2025

_____
THE HONORABLE TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK